| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wallace, Mark S. | United States Bankruptcy Court, Central Dist. of California | 07/10/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge - Active | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑   Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

411 West Fourth Street
Santa Ana, CA 92701

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Revocable Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1991 | 401(k) Profit Sharing Plan of Stutman, Treister & Glatt PC (self directed, otherwise no control). Plan terminated May 2014, assets transferred to Rollover IRA |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, Mark S. | 07/10/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Association of Insolvency and Restructuring Advisors | June 3 - 7, 2014 | Denver, CO | Annual conference | Transportation, meals, lodging |
| 2. | National Conference of Bankruptcy Judges | October 7 -11, 2014 | Chicago, IL | Annual conference | Transportation, meals, lodging |
| 3. | American Bankruptcy Institute | April 24 - 27, 2014 | Washington, D.C. | Annual conference | Transportation, meals, lodging |
| 4. | Turnaround Management Association | July 9 - 10, 2014 | Dana Point, CA | Regional conference | Transportation, meals, lodging |
| 5. | George Mason University | September 14 - 16, 2014 | San Francisco, CA | Government pension plan conference | Transportation, meals, lodging |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Credit card | J |
| 2. | Chase Bank | Credit card | J |
| 3. | ADM Investor Services, Inc. | Liabilities on commodity and futures positions in excess of cash posted for margin | J |
| 4. | US Bank | Credit card | J |
| 5. | Citibank | Credit card | J |
| 6. | Target | Credit card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, Mark S. | 07/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Advisors Money Market Fund | A | Dividend | M | T | | | | | |
| 2. US Treasury Bond | A | Interest | K | T | | | | | |
| 3. SDD units | A | Distribution | J | T | | | | | |
| 4. SRS units | A | Distribution | J | T | | | | | |
| 5. Wells Fargo Bank Deposit (x) | A | Interest | J | T | | | | | |
| 6. ABX common stock | A | Dividend | J | T | | | | | |
| 7. American Century Capital Preservation Fund | A | Dividend | K | T | | | | | |
| 8. American Century Global Gold Fund | B | Dividend | J | T | | | | | |
| 9. American Capital Capital Preservation Fund | A | Dividend | J | T | | | | | |
| 10. UBS USA Deposit Account | A | Interest | K | T | | | | | |
| 11. XOM common stock | A | Dividend | J | T | | | | | |
| 12. PWE units | A | Dividend | J | T | | | | | |
| 13. GDX units | A | Distribution | J | T | | | | | |
| 14. NLY units | B | Dividend | J | T | | | | | |
| 15. ABX common stock | A | Dividend | J | T | | | | | |
| 16. COP common stock | A | Dividend | J | T | | | | | |
| 17. 100 PSX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, Mark S. | 07/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. ECA common stock | A | Dividend | J | T | | | | | |
| 19. iShares TIPs Bond Fund | A | Distribution | K | T | | | | | |
| 20. US Treasury obligations | C | Interest | L | T | | | | | |
| 21. | | | | | Redeemed (part) | 03/31/14 | L | A | |
| 22. Federated Prudent Bear Fund | A | Distribution | K | T | | | | | |
| 23. | | | | | Buy (add'l) | 06/06/14 | K | | |
| 24. PHYS units | | None | J | T | | | | | |
| 25. Physical gold | | None | K | T | | | | | |
| 26. US Double Eagle coins | | None | M | T | | | | | |
| 27. Physical silver | | None | J | T | | | | | |
| 28. Bank of America savings account | A | Interest | J | T | | | | | |
| 29. Bank of America checking account | A | Interest | J | T | | | | | |
| 30. Union Bank checking account | A | Interest | J | T | | | | | |
| 31. Chase Bank checking account | A | Interest | J | T | | | | | |
| 32. Chase Bank savings account | A | Interest | J | T | | | | | |
| 33. VXX units | A | Distribution | J | T | | | | | |
| 34. SDD units | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, Mark S. | 07/10/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ABX common stock | A | Dividend | J | T | | | | | |
| 36. XOM common stock | A | Dividend | J | T | | | | | |
| 37. US Treasury obligations | A | Interest | K | T | | | | | |
| 38. Federated Prudent Bear Fund | A | Distribution | K | T | | | | | |
| 39. Vanguard Ginnie Mae Fund | A | Distribution | K | T | | | | | |
| 40. Vanguard Inflation Index Fund | A | Distribution | K | T | | | | | |
| 41. Rydex Inverse S&P5002x Strategy Fund | A | Distribution | K | T | | | | | |
| 42. | | | | | Buy (add'l) | 08/05/14 | K | | |
| 43. American Century Capital Preservation Fund | A | Distribution | L | T | | | | | |
| 44. UBS U.S. deposit account | A | Distribution | K | T | | | | | |
| 45. 200 GG common stock | A | Dividend | J | T | | | | | |
| 46. US. Treasury obligations | A | Interest | K | T | | | | | |
| 47. | | | | | Sold (part) | 01/09/14 | J | A | |
| 48. Dreyfus 100% USTreasury Money Market Fuind | A | Distribution | K | T | | | | | |
| 49. Fidelity US Treasury Money Market Fund | A | Distribution | L | T | | | | | |
| 50. Rydex US Government Money Market Fund | A | Distribution | J | T | | | | | |
| 51. | | | | | Sold (part) | 08/05/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, Mark S. | 07/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. US Bank Variable Rate Account | A | Interest | | | Distributed | 06/02/14 | K | A | |
| 53. Wells Fargo Bank Deposit Sweep | A | Interest | K | T | Buy | 06/02/14 | K | | |
| 54. ADM Investor Services | A | Distribution | J | T | | | | | |
| 55. US Savings Bonds | A | Interest | K | W | | | | | |
| 56. Northwestern Whole Life Mutual Life Insurance Policy | A | Dividend | K | W | | | | | |
| 57. U.S. Treasury obligations (x) | B | Interest | M | T | | | | | |
| 58. -100 PNRA common stock | | None | J | T | | | | | |
| 59. 1000 CORT common stock | A | Dividend | | | Sold | 10/15/14 | J | A | |
| 60. 1000 CORT common stock | A | Dividend | | | Buy (add'l) | 05/07/14 | J | | |
| 61. | | | | | Sold | 10/14/14 | J | A | |
| 62. 700 SWIR common stock | A | Dividend | | | Sold | 06/11/14 | J | A | |
| 63. -50 SAM common stock | | None | J | T | | | | | |
| 64. Prudent Bear Fund | A | Distribution | K | T | | | | | |
| 65. -20 PCLN common stock | | None | J | T | | | | | |
| 66. 400 NEM common stock | A | Dividend | K | T | | | | | |
| 67. BGEIX units | A | Distribution | K | T | | | | | |
| 68. 40 SGOL units | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, Mark S. | 07/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. 100 NEM common stock | A | Dividend | J | T | | | | | |
| 70. 2000 SLV units | | None | K | T | Buy | 03/06/14 | K | | |
| 71. -200 MAR common stock | | None | J | T | Sold | 04/18/14 | J | | |
| 72. -20 CMG common stock | | None | J | T | Sold | 07/11/14 | J | | |
| 73. 500 GDXJ units | A | Distribution | J | T | Buy | 12/16/14 | J | | |
| 74. -300 SHLD common stock | | None | | | Sold | 05/01/14 | J | | |
| 75. | | | | | Buy | 05/21/14 | J | B | |
| 76. 1 July sugar | | None | | | Buy | 03/05/14 | J | | |
| 77. | | | | | Sold | 06/12/14 | J | A | |
| 78. 1 July oat | | None | | | Buy | 05/01/14 | J | | |
| 79. | | | | | Sold | 05/29/14 | J | A | |
| 80. 1 December cotton | | None | | | Buy | 03/14/14 | J | | |
| 81. | | | | | Sold | 03/26/14 | J | A | |
| 82. -1 September copper | | None | | | Sold | 07/16/14 | J | | |
| 83. | | | | | Buy | 07/18/14 | J | B | |
| 84. -1 October feeder cattle | | None | | | Sold | 07/18/14 | J | | |
| 85. | | | | | Buy | 07/21/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, Mark S. | 07/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -1 September emini S&P | | None | | | Sold | 09/04/14 | J | | |
| 87. | | | | | Buy | 09/08/14 | J | A | |
| 88. -1 December emini S&P | | None | | | Sold | 09/25/14 | J | | |
| 89. | | | | | Buy | 10/01/14 | J | B | |
| 90. 1 December emini S&P | | None | | | Buy | 10/07/14 | J | | |
| 91. | | | | | Sold | 10/07/14 | J | A | |
| 92. 1 May 2015 cocoa call | | None | | | Buy | 10/14/14 | J | | |
| 93. | | | | | Sold | 11/13/14 | J | A | |
| 94. -1 December emini S&P | | None | | | Sold | 11/13/14 | J | | |
| 95. | | | | | Buy | 12/10/14 | J | A | |
| 96. -1 March 2015 emini S&P | | None | J | T | Sold | 12/10/14 | J | A | |
| 97. -1 March 2015 oat | | None | J | T | Sold | 12/16/14 | J | A | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Many of the reported transactions are short sales. In such a transaction, the sale precedes the purchase. Gain or loss is realized when the short sale is closed out by purchasing the stock or commodity that was sold short. The audit function in the software fails to take these short sales into account and therefore generates a host of misleading "error" messages. For example, if a June emini S&P contract is sold on April 10, 2014 and bought on June 1, 2043, the transaction closes out on June 1, 2043 and nothing is owned as of the close of the reporting period on December 31, 2014. Short sales and short positions are denoted by a minus sign in front of the item being sold short, for example -20 PCLN common stock means that 20 shares of Priceline common stock was sold short.

Certain assets generate no income during the reporting period. For example, precious metals generate no income unless sold. Stocks that are sold short (such as PNRA, PCLN and SAM) generate no income while held short.

Many of the reported transactions involve commodity, currency index or stock index futures contracts. In such a transaction, there is no "purchase price" as such. Instead, the buyer (or seller) posts cash margin to secure his promise to buy or sell at maturity. The liability on futures contracts can vary from day to day based upon daily price limits regarding how much a price for the underlying commodity, currency index or stock index can rise or fall in a single day. Some contracts have no limits. Therefore, the liability theoretically could be infinite.

Also, please note that when securities are sold short and then closed out in not one but two (partial) transactions, there is no "buy (partial)" notation to elect. Therefore, I simply used "buy."

For open futures positions at the end of the year, if any, the unrealized gain or loss in the contract as of the close of business on December 31, 2014 is reported.

Revocable Trust #1 no longer has a beneficial interest in any assets.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark S. Wallace**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544